**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
_____
                               )
ORANNA BUMGARNER FELTER,       )
et al.,                        )
                               )
        Plaintiffs,            )
                               )
    v.                         )   Civil Action No. 02-2156 (RWR)
                               )
GALE NORTON, et al.,           )
                               )
        Defendants.            )
_____)
```

ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

ORDERED that the Defendants' Motion to Dismiss [14] be, and hereby is, GRANTED.  It is further

ORDERED that the pending Motion to Intervene [24] be, and hereby is, DENIED AS MOOT.

This is a final appealable order.

SIGNED this 27th day of January, 2006.


                                    _____/s/_____
                                    RICHARD W. ROBERTS
                                    United States District Judge